# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-2478

———————

Robert Finlay,                                    *
                                                  *
              Appellant,                          *    Appeal from the United States
                                                  *    District Court for the
       v.                                         *    Western District of Arkansas.
                                                  *
Board of Trustees of the University of            *    [UNPUBLISHED]
Arkansas,                                         *
                                                  *
              Appellee.                           *

———————

Submitted: November 13, 2003

Filed: November 20, 2003

———————

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

———————

PER CURIAM.

Robert Finlay, a professor at the University of Arkansas, appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action against the University of Arkansas Board of Trustees (Board). Finlay claimed that the Chair of his Department and the Dean's Office violated his constitutional rights by irregularly administering the University's evaluation process. Upon careful de novo review of the record, we

———————

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

conclude that dismissal was proper.  See Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998) (standard of review).  Among other things, Finlay improperly proceeded on a respondeat superior theory, see Monell v. Department of Soc. Servs., 436 U.S. 658, 691-95 (1978), and he did not name as defendants the persons discussed in his complaint, or seek leave to amend.

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____